

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO. AND ALBERT DENZELL BARNES, | § § § | |
| Appellants, | § | No. 08-22-00105-CV |
| v. | § | Appeal from the |
| LAURA SANCHEZ, INDIVIDUALLY AND AS REPRESENTITIVE OF THE ESTATE OF OSCAR SANCHEZ, JR., DECEASED, CRISTIAN SANCHEZ, HALEY SANCHEZ, MARLEE SANCHEZ AND JADEN SANCHEZ, | § § § § | 112th Judicial District Court of Reagan County, Texas (TC# CV02251) |
| Appellees. | § § | |

## J U D G M E N T

The Court has considered this cause on the Appellant Albert Denzell Barnes's motion to dismiss his appeal and concludes the motion should be granted and the appeal should be dismissed as to Appellant Albert Denzell Barnes ONLY. We therefore dismiss the appeal as to Albert Denzell Barnes ONLY.

We further considered Appellant Helmerich & Payne International Drilling Co.'s unopposed motion to vacate trial court judgment without regard to the merits and conclude the motion should be granted. We hereby set aside the trial court's March 10, 2022 judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement.

Each party shall bear its own costs incurred in this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF OCTOBER, 2023.

LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.